UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No.      10-23494-BKC-RAM
                                                Chapter   7

MONTADAS, EDUARDO

_____Debtor._____/

FILED SEP 19 2011 RECEIVED U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The trustee has a balance of $ __ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. '' 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( X )   The trustee has a balance of $3.74 remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: September 14, 2011

/s/
Marcia T. Dunn, Trustee
P.O. Box 561507
Miami, Florida 33256-1507
Telephone: (305) 275-2733
Facsimile: (305) 275-2732
E-mail: mdunn@ryan-dunn.com

LF-26 (rev. 12/01/02)

Date: 09/13/11

Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-23494 - MONTADAS, EDUARDO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Regions Bank**<br>**Consumer Collections BH40402B**<br>**P.O. Box 10063**<br>**Birmingham, AL 35202-0063**<br>　(3-1) DDA- CHARGED OFF CHECKING ACCOUNT | 000003 | 45.57 | 3.74 |
| Remittance Total | | 45.57 | 3.74 |

MARCIA T. DUNN, TRUSTEE

COURT1

Printed: 09/13/11 01:59 PM    Ver: 16.01c

SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Regions Bank
Consumer Collections BH404402B
PO Box 10063
Birmingham, AL 35202-0063

HUMBERTO L RODRIGUEZ ESQ
999 Ponce De Leon Blvd # PH1135
Coral Gables, FL 33134

EDUARDO MONTADAS
POB 668972
MIAMI, FL 33166

LF-26 (rev. 12/01/02)